## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff-Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-07-1 |
| | § | |
| JAVON HICKS, | § | |
|     Defendant-Movant. | § | |

### ORDER

Defendant Javon Hicks ("Hicks") was convicted and sentenced in this Court, and judgment in his criminal case was entered on May 16, 2007. (D.E. 23.) He did not appeal.

On August 6, 2007, the Clerk received a motion from Hicks requesting a copy of the docket sheet in his case. (D.E. 25.) In it, Hicks claims that he needs the docket sheet so that he can "verify charges and work on [his] appeal." As noted, there has been no appeal in his case. Nonetheless, Hicks' motion (D.E. 25) is GRANTED. The Clerk is directed to send a copy of Hicks' docket sheet to him.

It is so ORDERED this 21st day of August, 2007.

_____
Janis Graham Jack
United States District Judge

1